IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02028-MSK

LEROY ROYBAL,

        Plaintiff,

v.

JO ANNE B. BARNHART,
*Commissioner of Social Security*,

        Defendants.

## ORDER RESETTING ORAL ARGUMENT

        **IT IS ORDERED** that the one hour oral argument hearing scheduled for July 6, 2006 **is hereby rescheduled for August 29, 2006 at 9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  **Oral argument will be limited to 15 minutes per side.**

        Dated this 3rd day of May 2006.

        **BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge