UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action Number: 05-CV-02028-MSK

LEROY ROYBAL
    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security

    Defendant.

---

**ORDER GRANTING ATTORNEY FEES**

---

This matter is before the Court on the Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412 [Doc. 26]. Having reviewed the motion and the file, the Court hereby

**ORDERS** that the Motion is **GRANTED**. Plaintiff Leroy Roybal shall be awarded attorney fees in the amount of Six Thousand Four Hundred Ninety-Eight Dollars ($6,498.00)[1] under the Equal Access to Justice Act, 28 U.S.C. §2412. The award should be made payable to Plaintiff and mailed to Plaintiff's attorney.

DATED this 28th day of May, 2008.

                        **BY THE COURT:**

                        *Marcia S. Krieger*

---

[1] The attorney fee amount is found at Plaintiff's Reply Brief Regarding: Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. §2412 (Doc. 23). The attorney fee ordered includes the 3.2 hours spent on the Reply Brief.

Marcia S. Krieger
United States District Judge